IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Tim Pairsh,

,

             Plaintiff

vs.                                                        Case No. 1:10-cv-01169-DJS -RHS

Primary Financial Services, Inc.,

             Defendant

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of New Mexico, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and file a Dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully Submitted,

S/Larry Leshin
Larry Leshin
Weisberg & Meyers, LLC
1216 Indiana St. NE
Albuquerque, NM 87110
866 775 3666
866 565 1327 facsimile
Attorney for Plaintiff

Filed electronically on this 2nd day of March, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 2nd day of March, 2011 to:

Jennifer G. Anderson
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Bank Of America Centre
500 Fourth Street N.W., Suite 1000
Albuquerque NM 87103-2168


By: s/Jessica DeCandia
    Jessica DeCandia