# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**TIM PAIRSH,**

    **Plaintiff,**

**v.**                                                                  **Case No.** 1:10-CV-01169-PJK -RHS

**PRIMARY FINANCIAL SERVICES, INC.,**

    **Defendant.**

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS COURT having been advised by the parties that the parties have settled all claims associated with the above-captioned case, and the parties being in agreement that all claims against the Defendants should be dismissed with prejudice, orders as follows:

IT IS ORDERED that the parties' Joint Motion for Entry of Order of Dismissal With Prejudice filed March 23, 2011 (Doc. 13) is granted.

IT IS FURTHER ORDERED that each and every claim set forth in the Complaint against the Defendant is dismissed with prejudice, and without an award of attorneys' fees or costs to any party.

DATED this <u>29th</u> day of March 2011.

<u>/s/ Paul Kelly, Jr.</u>
THE HONORABLE Paul J. Kelly, Jr.
United States Circuit Judge
Sitting by Designation

SUBMITTED BY:

**MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.**

By: */s/Jennifer G. Anderson*
    JENNIFER G. ANDERSON
    Attorneys for Defendant
    P.O. Box 2168
    Bank of America Centre, Suite 1000
    500 Fourth Street, N.W.
    Albuquerque, New Mexico 87103-2168
    Phone:  (505) 848-1800
    Facsimile:  (505) 848-1882

APPROVED:

**WEISBERG & MEYERS, LLC**

By: *Telephone Approval 3/21/11*
    MARSHALL MEYERS
    Attorney for Plaintiff Tim Pairsh
    1216 Indiana St. NE
    Albuquerque, NM  87110
    Phone:  (886) 775-3666

Y:\dox\client\84653\0001\GENERAL\W1422104.DOCX